# In the United States Court of Federal Claims

No. 16-1199C
(Filed: October 27, 2016)

* * * * * * * * * * * * * * * * * * *

NEW MEXICO HEALTH CONNECTIONS,
a New Mexico Non-Profit Corporation,

        *Plaintiff*,

v.

THE UNITED STATES,

        *Defendant.*

* * * * * * * * * * * * * * * * * * *

## ORDER

For good cause shown, plaintiff's unopposed motion to stay proceedings in this case is granted. This case is hereby stayed until March 1, 2017, to await the outcome of the dispositive motions filed in the related cases mentioned in the motion. The parties are directed to file a joint status report by February 15, 2017, proposing next steps or whether to continue the stay.

                                  Eric G. Bruggink
                                  ERIC G. BRUGGINK
                                  Senior Judge