# In the United States Court of Federal Claims

No. 16-1199

Filed: June 30, 2020

|  |  |
|---|---|
| NEW MEXICO HEALTH CONNECTIONS, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES, | ) ) |
| Defendant. | ) ) |

## ORDER DIRECTING ENTRY OF JUDGMENT

On September 26, 2016, plaintiff filed its Complaint with this Court, and on June 12, 2020, filed its First Amended Complaint, seeking damages under 42 U.S.C. § 18062 (section 1342 of the Patient Protection and Affordable Care Act) for benefit years 2014, 2015, and 2016. *See* Complaint; First Amended Complaint. On June 30, 2020, the parties jointly submitted a stipulation for entry of judgment in the amount of $45,928,996.67 on Count I of plaintiff's First Amended Complaint. Stipulation for Entry of Judgement at 2. Pursuant to the parties' stipulation, the Clerk is hereby **DIRECTED** to enter judgment in favor of plaintiff in the amount of $45,928,996.67 on Count I of plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge